```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20326
   BRADLEY S BARRETT
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4054


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 10/31/2007 and was not confirmed.

   The case was dismissed without confirmation 02/13/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------

LOYOLA UNIVERSITY PHYSIC UNSECURED         4879.40           .00           .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY     NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE        .00           .00           .00
CODILIS & ASSOCIATES ^   NOTICE ONLY     NOT FILED           .00           .00
WELLS FARGO AUTO FINANCE SECURED VEHIC    6369.79           .00           .00
CAPITAL ONE              UNSECURED          578.38           .00           .00
CAPITAL ONE              UNSECURED          705.36           .00           .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED           .00           .00
ROBERT A SHAPIRO         UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED           .00           .00
JAMES T GATELY           UNSECURED       NOT FILED           .00           .00
ROUNDUP FUNDING LLC      UNSECURED         1241.21           .00           .00
WILLIAM L GUILD          DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       --------------      --------------
TOTALS                      .00                    .00



               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20326 BRADLEY S BARRETT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |